UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| **OpenDNS, Inc.,**<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br>**PAXFIRE, Inc.,**<br>　　　　　　　　Defendant(s). | No. C 11-5101 LB<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference before Magistrate Judge Laurel Beeler set for **April 26, 2012** at **10:30 a.m.** is hereby **VACATED**.

Dated: October 25, 2011

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　*Lashanda Scott*
　　　　　　　　　　　　　　　　By: Lashanda Scott - Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California